**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

ANTHONY MEEKS,

    Plaintiff,

v.                                                    Case No. 19-10868

DONALD RICUMSTRICT, VICKI LEWIS,
DAVE MARTIN, and JOHN DOE(s),

    Defendants.
_____/

## JUDGMENT

In accordance with the court's Opinions and Orders entered on October 2, 2020 (ECF No. 16), January 19, 2022 (ECF No. 52), and March 27, 2023 (ECF No. 88),

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendants and against Plaintiff.

Dated at Port Huron, Michigan, March 27, 2023.

                                                      KINIKIA ESSIX
                                                      CLERK OF THE COURT

                                                      By: s/Lisa Wagner
                                                      Lisa Wagner, Case Manager
                                                      to Judge Robert H. Cleland

S:\Cleland\Cleland\NTH\Civil\Working\19-10868.MEEKS.Judgment.NH.docx